1   Yakub Hazzard, Bar No. 150242
    YHazzard@rkmc.com
2   David Martinez, Bar No. 193183
    DMartinez@rkmc.com
3   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
    2049 Century Park East, Suite 3400
4   Los Angeles, CA 90067-3208
    Telephone: (310) 552-0130
5   Facsimile: (310) 229-5800

6   Attorneys for Plaintiff
    Halloween Town, Inc.

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                                          CV10·09683 DSF (SSx)

11  HALLOWEEN TOWN, INC.,              Case No.

12              Plaintiff,             **COMPLAINT FOR:**

13  v.                                 **(1)  FALSE DESIGNATION OF
                                       ORIGIN (VIOLATION OF
14  PIGNATELLO, LLC, dba               LANHAM ACT, 15 U.S.C. § 1125(a));**
    HALLOWEEN TOWN and DOES 1-
15  10,                                **(2)  FEDERAL TRADEMARK
                                       DILUTION (VIOLATION OF
16              Defendants.            LANHAM ACT, 15 U.S.C. § 1125(c));**

17                                     **(3)  COMMON LAW AND
                                       STATUTORY TRADE NAME
18                                     INFRINGEMENT;**

19                                     **(4)  UNFAIR COMPETITION
                                       (CAL. BUS. & PROF. CODE §
20                                     17200);**

21                                     **(5)  COMMON LAW UNFAIR
                                       COMPETITION; AND**

22

23                                     **(6)  STATE TRADEMARK
                                       DILUTION (CAL. BUS. & PROF.
                                       CODE § 14247)**

24

25                                     **DEMAND FOR JURY TRIAL**

26

27

28

Sidebar (vertical text): ROBINS, KAPLAN, MILLER & CIRESI L.L.P. / ATTORNEYS AT LAW / LOS ANGELES

60406357.1                             COMPLAINT FOR TRADEMARK
                                       INFRINGEMENT

Plaintiff Halloween Town, Inc. ("Halloween Town") hereby alleges and avers based on knowledge as to its acts and based on information and belief as to the acts of others, as follows:

## INTRODUCTION

1.     This is an action for false designation of origin, dilution, trade name infringement and unfair competition arising from defendant Pignatello, Inc.'s dba Halloween Town ("Defendant") willful and intentional infringement of Halloween Town's trademark and continued efforts to trade on the reputation and goodwill of Halloween Town. Defendant's misconduct is likely to cause, has caused and is causing consumer and vendor confusion. As a result, Halloween Town has no choice but to commence this action to protect its valuable intellectual property and obtain legal redress for Defendant's willful misconduct.

## THE PARTIES

2.     Halloween Town is a California corporation with its principal place of business located at 2921 W. Magnolia Blvd., Burbank, California 91505. Halloween Town is a widely recognized retailer of Halloween and horror-related merchandise and novelties, namely costumes and accessories, toys, jewelry, books, audio and video recordings, special effect supplies and accessories, holiday props and decorations, gifts and collectibles, clothing, shoes and handbags. Halloween Town sells its products through both a physical retail store located in Burbank, California, and an on-line retail store outlet located at www.halloweentownstore.com.

3.     Halloween Town is informed and believes and based thereon alleges that defendant Pignatello LLC dba Halloween Town is a Nevada Limited Liability Company with a principal place of business located at 10309 Wellside Hill Avenue, Las Vegas, Nevada 89145 and/or 2350 South Rainbow Boulevard, Suite 1, Las Vegas, Nevada 89146. Defendant engages in the retail sale of Halloween and horror related merchandize, costumes, accessories and novelties.

4.     Halloween Town is unaware of the true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants Does 1 through 10, inclusive, or any of them, and therefore sues these Defendants, and each of them, by such fictitious names.  Halloween Town is informed and believes and thereon alleges that each of the DOE Defendants is responsible for the claims and damages alleged herein and each DOE Defendant is jointly and severally liable with all other Defendants.  Halloween Town will seek leave of Court to amend this Complaint when the identities of these defendants are ascertained.

5.     At all relevant times, Defendant acted through its agents, members and/or managing members, including Michelle Pignatello and Brian Pignatello (Michelle Pignatello and Brian Pignatello are collectively referred to here in as "the Pignatellos").  At all relevant times each of the Defendants sued herein, including the DOE Defendants, was the agent, ostensible agent, employee, alter ego, and/or co-conspirator of each of the remaining Defendants and at all times was acting within the purpose and scope of such agency, employment, and conspiracy and with the knowledge, authorization, permission, consent and/or subsequent ratification and approval of each co-defendant.

## JURISDICTION AND VENUE

6.     This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a), and 15 U.S.C. § 1121.  The Court has supplemental jurisdiction over the state law claims asserted herein under 28 U.S.C. § 1338(b) because they form some part of the same case or controversy under Article III of the United States Constitution.

7.     This Court has personal jurisdiction over the Defendant based on at least the following: (1)  Defendant, through its managing members, members and agents, have traveled to California for the purpose of committing and/or facilitating the wrongful conduct described herein; and (2) Defendant operates a website to

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60406357.1

- 3 -

COMPLAINT FOR TRADEMARK
INFRINGEMENT

1  advertise its goods and services across the Unites States, including to California

2  residents, who can communicate with Defendant through that website.

3         8.    Venue is proper in this judicial district pursuant to 28 U.S.C. §

4  1391(B) and (C) because: (a) it is a judicial district in which Defendants reside; (b)

5  is where a substantial part of the events giving rise to the claims asserted herein

6  occurred; and (c) Defendants were and are subject to personal jurisdiction in this

7  district at the time the action was commenced.

8  **FACTUAL BACKGROUND**

9  **A.**    **The Halloween Town Mark, Retail Store and Website**

10         9.    Since at least as early as September of 2000, Halloween Town has

11  owned and operated a retail store ("Halloween Town Store") in southern California

12  with the trademark and tradename Halloween Town ("Halloween Town Mark").

13  The Halloween Town Store has consistently featured a vast array of Halloween and

14  horror-related merchandise and accessories.  At all times, Halloween Town has

15  displayed its Halloween Town Mark in connection with its retail store goods and

16  services.

17        10.    Commencing in August of 2003, Halloween Town expanded its

18  Halloween Town services to include an online store located on the Internet at the

19  domain name www.halloweentownstore.com ("Halloween Town Website"), which

20  has been in continuous operation ever since.  The Halloween Town Website has

21  enabled consumers throughout the U.S. and worldwide to purchase a vast array of

22  unique Halloween costumes, masks, clothing, merchandise, decorations, props,

23  toys, videos, music, books, jewelry, makeup and special effects that Halloween

24  Town offers in its retail store.  Since its inception, Halloween Town's Website has

25  also prominently featured the Halloween Town Mark used in connection with its

26  retail store goods and services.

27        11.    Since adopting its Halloween Town Mark, Halloween Town has

28  continuously promoted and used the mark throughout the United States in interstate

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60406357.1

- 4 -

COMPLAINT FOR TRADEMARK
INFRINGEMENT

1  commerce, and has expended considerable sums in exerting every effort to maintain

2  and develop the Halloween Town Mark. As such Halloween Town has created

3  substantial and extremely valuable goodwill among the purchasing public under its

4  Halloween Town Mark. As a result of Halloween Town's continuous and

5  extensive use of the Halloween Town Mark, the mark has become and continues to

6  function as its core business and marketing asset, and serves to indicate to the trade

7  and consuming public the products originating from Halloween Town.

8         12.    Halloween Town's Website featuring the Halloween Town Mark is

9  widely known and recognized in the United States. For example, a search on the

10  Google online search engine for the term "Halloween Town" yields approximately

11  3,660,000 hits, and the Halloween Town Website is ranked first among the non-

12  sponsored links. Screenshots of the Google search engine results from December 9,

13  2010 are attached hereto as Exhibit A. The Halloween Town Website is thus

14  widely recognized by consumers in the field of Halloween merchandise and

15  accessories. This tremendous organic growth recognition within Google is the

16  result of Halloween Town's substantial effort and expense in promoting the

17  Halloween Town Mark.

18         13.    Indeed, for nearly the last ten (10) years Halloween Town has

19  established widespread common law trademark rights in the Halloween Town

20  Mark. With the establishment of the Halloween Town Website, Halloween Town's

21  trademark rights have spread quickly from Southern California throughout the

22  entire U.S., including Las Vegas, Nevada where Defendant is located. Halloween

23  Town has also sold goods under its Halloween Town Mark to consumers

24  worldwide, including consumers in Canada, Europe and Australia. Due to the fame

25  of the Halloween Town Mark, Halloween Town customers from many foreign

26  countries have visited the Halloween Town Store.

27         14.    Halloween Town has also enjoyed a long-standing and successful

28  personal and business relationship with horror rock legend, Rob Zombie. Since the

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60406357.1                                    - 5 -                    COMPLAINT FOR TRADEMARK
                                                                      INFRINGEMENT

1    inception of the Halloween Town Mark and Halloween Town Store, and later

2    during the launch of Halloween Town Website and through the present, Mr.

3    Zombie has connected Halloween Town with Mr. Zombie's extensive fan base by

4    promoting Halloween Town through his websites, comic books, radio show, movie

5    credits and rock tours.  Mr. Zombie's promotion of the Halloween Town Mark

6    includes his design and promotion of merchandise developed exclusively for sale

7    by Halloween Town.

8        15.    Through such extensive use, advertising, marketing and promotion of

9    Halloween Town's physical and online retail store services under the Halloween

10   Town Mark, Halloween Town has built up, at great expense and effort, a valuable

11   reputation and goodwill symbolized by its strong and distinctive mark.

12       16.    By reason of the adoption and continuous use of the Halloween Town

13   Mark in U.S. interstate commerce, Halloween Town has established valuable public

14   recognition in the Halloween Town Mark as identifying Halloween Town as a

15   trusted source of high quality Halloween and horror-related merchandise and

16   accessories.  By way of Halloween Town's substantial and exclusive use of the

17   Halloween Town Mark since 2000 and in U.S. interstate commerce since 2003, the

18   Halloween Town Mark has achieved a distinctive quality and has acquired special

19   and particular significance as identifying Halloween Town and its retail goods and

20   services.

21   **B.    Defendant's Unfair Competition And Trade Upon Halloween Town's**

22          **Mark, Good Will and Reputation**

23       17.    Beginning on or about 2005, Defendant undertook a scheme to

24   illegally trade upon the reputation, good will and intellectual property of Halloween

25   Town.  Prior to 2006, Defendant and its members the Pignatellos operated a

26   seasonal Halloween store in the Boulevard Mall in Las Vegas under the trade name

27   Halloween Mega Store.  Attached hereto as Exhibit B is a true and correct copy of

28   an article published on or about October 26, 2005 at on the Summerlin South View,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1   and found at www.viewnews.com/2005/VIEW-Oct-26-Wed

2   2005/Summerlin/3794321.html (last printed on December 9, 2010).  According to

3   this article, once the Halloween season ended, Defendant (or its predecessor) and

4   the Pignatellos would give up their limited lease at Boulevard Mall, but continued

5   to operate a year-around interactive Website under the domain name

6   www.thehalloweenmegastore.com, through which they apparently "continued[d] to

7   sell costumes."

8         18.    On information and belief, on or about September, 2006, Defendant

9   changed its trade name from Halloween Mega Store to Halloween Town and

10  changed its domain name from www.thehalloweenmegastore.com to

11  www.shophalloweentown.com in order to trade on Halloween Town's mark, name,

12  good will and reputation.

13        19.    Defendant's abrupt name change was hardly coincidental.  Indeed, at

14  least as early as 2005, Defendant and the Pignatellos learned that Halloween Town

15  was doing business under the Halloween Town Mark through both the Halloween

16  Town Store and the Halloween Town Website.  As part and parcel of their scheme

17  to trade upon Halloween Town's mark, good will and reputation, the Pignatellos

18  traveled to Los Angeles in or about 2005 to surreptitiously visit the Halloween

19  Town Store, then located in North Hollywood, California.  On information and

20  belief, Defendant through the Pignatellos collected business and trade information

21  from the Halloween Town Store and used that information to clone Halloween

22  Town in Las Vegas, Nevada.

23        20.    On information and belief, the Pignatellos surreptitiously visited the

24  Halloween Town Store at the North Hollywood location on several occasions

25  between 2005 and 2007 in a continued effort to trade upon Halloween Town's

26  mark, good will, reputation and to engage in unfair competition.

27        21.    On information and belief, Defendant and the Pignatellos were also

28  aware of Halloween Town's rights to the Halloween Town Mark at least as early as

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60406357.1                    - 7 -                    COMPLAINT FOR TRADEMARK
                                                      INFRINGEMENT

1   2005, by which time the Halloween Town Mark that had already been in use in

2   commerce for at least five years.  Given the widely popular and known Halloween

3   Town Website in the Halloween and horror merchandise industry, Defendant would

4   have become aware of both the Halloween Town Website and Store by way of a

5   simple Internet search prior to selecting and adopting its confusingly similar

6   trademark.

7          22.    On information and belief, and given the apparent similarities between

8   Halloween Town's domain name (www.halloweentownstore.com) and Defendant's

9   highly similar domain name (www.shophalloweentown), Defendant became aware

10  Halloween Town's Website when Defendant sought to obtain the domain name

11  www.shophalloweentown.com (the "Defendant's Website").

12         23.    In an ongoing effort to perpetuate their misappropriation of the

13  Halloween Town Mark, the Pignatellos again surreptitiously visited the Halloween

14  Town Store on the morning of February 5, 2008 at its new location in Burbank,

15  California.  In an apparent effort to avoid detection, the Pignatellos parked their

16  automobile a block and a half away from the Halloween Town Store.  On

17  information and belief, the Pignatellos rummaged through the new Halloween store

18  location to obtain information about Halloween Town's trade practices, including

19  vendor and/or manufacturer information.  During this visit, the Pignatellos admitted

20  their previous visits to the Halloween Town Store in its prior location in North

21  Hollywood.  In an ongoing effort to conceal their activities, the Pignatellos initially

22  repeatedly denied any connection with Defendant, though later admitted to being

23  members of Defendant.

24  **C.    Proceedings Before The United States Patent and Trademark Office**

25         24.    Although it knew that Halloween Town already had well-established

26  trademark rights to the Halloween Town Mark, on May 9, 2007 Defendant applied

27  for federal trademark registration of the Halloween Town in an attempt to

28  legitimize its misappropriation of the mark.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT FOR TRADEMARK
INFRINGEMENT

25. Specifically, Defendant filed U.S. Trademark Application Ser. No. 77/176,341 ("Application No. 77/176,341") for the mark "Halloween Town and Design" for use in connection with "retail stores featuring costumes and accessories, Halloween and horror related merchandise and novelties." Defendant's alleged date of first use in U.S. interstate commerce is listed as July 31, 2006, nearly three (3) years after Halloween Town first began using its Halloween Town Mark in U.S. interstate commerce, and nearly six years after Halloween Town first started using its Halloween Town Mark in commerce.

26. On information and belief, Defendant and the Pignatellos were also aware of Halloween Town's rights to the Halloween Town Mark based on their application for federal trademark registration. Any search by Defendant and the Pignatellos would have quickly revealed the Halloween Town Mark, the Halloween Town Store and the Halloween Town Website. In fact, the goods and services description in Defendant's Application No. 77/176,341 of May 9, 2007 mirrored the description set forth in Halloween Town prior application for trademark registration dated June 14, 2004 (describing the goods and services as "Sale of costumes and accessories, Halloween and horror related merchandise, novelties, decor, toys, clothing, and jewelry."). [1]

27. Nevertheless, in order to induce the USPTO to issue a federal trademark registration, Defendant falsely attested in a supporting declaration that it was unaware of the Halloween Town Mark. Defendant's artifice worked, resulting in Application No. 77/176,341 being approved for publication and subsequently registering on January 15, 2008 under Registration No. 3,368,748. A true and correct copy of Application No. 77/176,341 with the executed supporting declaration is attached as Exhibit C.

_____

[1] That application was deemed abandoned by the USPTO on July 19, 2005 due to the failure to timely respond to an inquiry by the USPTO.

COMPLAINT FOR TRADEMARK
INFRINGEMENT

28.     Application No. 77/176,341 also reflects Defendant's contempt for the intellectual property rights of third parties as well. Indeed, in changing its name from Halloween Mega Store to Halloween Town on or about 2006, Defendant not only misappropriated the Halloween Town Mark, it also imported into its mark a copyrighted pumpkin design owned by Universal Studios ("Pumpkin Skull Design"). [2]

29.     Specifically, Defendant's mark replaced the "o" in Halloween with a copyrighted human skull superimposed on a pumpkin, as shown in Exhibit C. Defendant's infringing use of the copyrighted Pumpkin Skull Design is further illustrated by the attached Exhibit D (image of copyrighted design) and Exhibit E (image of Defendant's logo).

30.     Because Registration No. 3,368,748 granted exclusive rights to Defendant to use the Halloween Town Mark in derogation of Halloween Town's earlier common law rights, on August 8, 2008, Halloween Town petitioned the USPTO for cancellation of Defendant's trademark registration based on: (a) the likelihood of confusion between the marks; (b) false suggestion of a connection; and (c) fraudulent procurement.

31.     Defendant surrendered Registration No. 3,368,748 on August 26, 2009. On information and belief, Defendant did so in order to avoid Halloween Town's Cancellation Petition as well as copyright litigation threatened by Universal as a result of Defendant's infringement of Universal's copyrighted Pumpkin Skull Design.

32.     Defendant thus abandoned the infringing mark and, on or about August, 2009 adopted a new mark that replaced the infringing Pumpkin Skull Design with a jack-o-lantern.

---

[2] Incredibly, during their February 5, 2008 visit to the Halloween Town Store, the Pignatellos unabashedly admitted to copying the copyrighted Pumpkin Skull Design.

COMPLAINT FOR TRADEMARK
INFRINGEMENT

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1  33.  In the interim, on or about February 1, 2008, Halloween Town filed an

2  application for federal trademark registration of the Halloween Town Mark.  On

3  February 11, 2010, after the USPTO issued a Notice of Publication and published

4  the Halloween Town Mark in the Trademark Official Gazette, Defendant filed a

5  Notice of Opposition based on a prior application for concurrent use, filed on

6  August 9, 2008.  That dispute is currently pending before the USPTO.

7  34.  Defendant's misconduct, however, has caused and continues to cause

8  Halloween Town significant harm for which Halloween Town cannot seek or

9  obtain relief before the USPTO, including monetary and/or injunctive relief, thus

10  necessitating the instant action.

11  **ALLEGATION OF IRREPARABLE HARM**

12  35.  By reason of Defendant's acts, Halloween Town has suffered and will

13  continue to suffer damage to its business, reputation and goodwill, and the loss of

14  sales and profits it could have realized but for Defendant's acts.  Unless restrained

15  and enjoined, Defendant will continue to engage in the acts complained of and

16  irreparably damage Halloween Town.  Halloween Town's remedy at law is not

17  adequate to compensate it for all the resulting injuries arising from Defendant's

18  misconduct.

19  **FIRST CLAIM FOR RELIEF**

20  **Federal Unfair Competition and False Designation of Origin**

21  **in Violation of Lanham Act § 43(a), 15 U.S.C. § 1125(a)**

22  36.  Halloween Town realleges and incorporates by reference herein

23  paragraphs 1 through 35, inclusive, of this Complaint as though fully set forth in

24  full herein.

25  37.  Defendant's unlawful copying and use of the Halloween Town Mark

26  in connection with its clothing products and trade name constitute false and

27  misleading designations of origin and false and misleading representations of facts,

28  which:

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT FOR TRADEMARK
INFRINGEMENT

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

A.    Are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Halloween Town, or as to the origin, sponsorship, or approval of Defendant's goods or commercial activities by Halloween Town; and/or

B.    Misrepresent the nature, characteristics, or qualities of Defendant's goods, services, or commercial activities.

38.    Defendant's misconduct in violation of 15 U.S.C. § 1125(a) has caused and, unless restrained and enjoined by this Court, will continue to cause substantial, immediate and irreparable injury to Halloween Town's business, reputation, and goodwill for which it is without an adequate remedy at law.

39.    As a direct and proximate result of Defendant's intentional and willful violation of 15 U.S.C. § 1125(a), Halloween Town has suffered and is continuing to suffer injury, loss and damages in an amount according to proof at trial, and is entitled to recover damages, extraordinary damages, attorney's fees and costs pursuant to 15 U.S.C. § 1125(c)(2), and to disgorgement of Defendant's unlawful gains and profits.

## SECOND CLAIM FOR RELIEF

### Federal Trademark Dilution in

### Violation of Lanhan Act § 43(c), 15 U.S.C. § 1125(c)

40.    Halloween Town realleges and incorporates by reference herein paragraphs 1 through 39, inclusive, of this Complaint as though fully set forth in full herein.

41.    The Halloween Town Mark is distinctive and famous throughout the United States. After the Halloween Town Mark became famous, Defendant used and is using a mark in its trade name and products and in its advertising that is identical or virtually identical to the Halloween Town Mark.

/ / /

42.     Halloween Town is informed and believes and on that basis alleges that Defendant acted with knowledge of the fame and reputation of the Halloween Town Mark with the purpose of usurping such rights and to willfully and intentionally confuse, mislead, and deceive members of the public.

43.     Defendant's actions have and are likely to dilute, blur and tarnish the distinctive quality of the Halloween Town Mark, to lessen the ability of the Halloween Town Mark to identify and distinguish the Halloween Town's products.

44.     As a result of Defendant's violation of 15 U.S.C. § 1125(c), Halloween Town has and continues to suffer damages according to proof at trial.  Further, unless Defendant is restrained, Halloween Town will continue to suffer irreparable damage and injury to its reputation and goodwill.

45.     Because Defendant acted willfully and intentionally to trade on Halloween Town's reputation and/or cause dilution of Halloween Town's famous trademark, Halloween Town is entitled to damages, extraordinary damages, fees and costs pursuant to 15 U.S.C. § 1125(c)(2).

## THIRD CLAIM FOR RELIEF

### Common Law and Statutory Trade Name Infringement

46.     Halloween Town realleges and incorporates by reference herein paragraphs 1 through 45, inclusive, of this Complaint as though fully set forth in full herein.

47.     Defendant has engaged in trade name infringement under the common and statutory law of the State of California, California Business and Professions Code § 14402, *et seq.*

48.     Defendant has intentionally deceived the public by misrepresenting that its services and/or its products are in some way sponsored or authorized by Halloween Town under its Halloween Town Mark.

49.     Defendant's acts were undertaken willfully and with the intention of causing confusion, mistake or deception.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

50.    As a proximate result of Defendant's acts, Halloween Town has and continues to suffer damages according to proof at trial.  Further, unless Defendant is restrained, Halloween Town will continue to suffer irreparable damage and injury to its reputation and goodwill.

## FOURTH CLAIM FOR RELIEF

### Unfair Competition in Violation of California Business & Professions Code § 17200, et seq.

51.    Halloween Town realleges and incorporates by reference herein paragraphs 1 through 50, inclusive, of this Complaint as though fully set forth in full herein.

52.    Defendant's misconduct in trading upon Halloween Town's goodwill and reputation constitute an unlawful, unfair and  fraudulent business acts or practices and unfair, deceptive, untrue or misleading advertising, in violation of California Business and Professions Code §§ 17200, *et seq.*

53.    As a direct and proximate result of Defendant's unfair, unlawful and illegal business practices, Halloween Town has suffered irreparable harm to its reputation and goodwill.  As such, Halloween Town is entitled to injunctive relief as set forth herein.

## FIFTH CLAIM FOR RELIEF

### Common Law Unfair Competition

54.    Halloween Town realleges and incorporates by reference herein paragraphs 1 through 53, inclusive, of this Complaint as though fully set forth in full herein.

55.    Defendant's sale, use and imitation of the Halloween Town Mark constitutes infringement, copying, imitation, and misappropriation of Halloween Town's intellectual property, unjust enrichment of Defendant, and unfair competition with Halloween Town in violation of Halloween Town's rights under the common law of the state of California and other states of the United States.

56.     Defendant's willful conduct outlined herein has unjustly enriched Defendant in violation of Halloween Town's rights.  As such, Halloween Town is entitled to injunctive relief and monetary damages according to proof at trial.

## SIXTH CLAIM FOR RELIEF

### Dilution in Violation of California Business & Professions Code § 14247, *et seq.*

57.     Halloween Town realleges and incorporates by reference herein paragraphs 1 through 56, inclusive, of this Complaint as though fully set forth in full herein.

58.     The Halloween Town Mark is distinctive and famous throughout the United States.  After the Halloween Town Mark became famous, Defendant used and is using a mark in its trade name and products and in its advertising that is identical or virtually identical to the Halloween Town Mark.

59.     Halloween Town is informed and believes and on that basis alleges that Defendant acted with knowledge of the fame and reputation of the Halloween Town Mark with the purpose of usurping such rights and to willfully and intentionally confuse, mislead, and deceive members of the public.

60.     Defendant's actions have and are likely to dilute, blur and tarnish the distinctive quality of the Halloween Town Mark, to lessen the ability of the Halloween Town Mark to identify and distinguish Halloween Town's products.

61.     As a result of Defendant's violation of California Business and Professions Code §§ 14247, *et seq.*, Halloween Town has and continues to suffer damages according to proof at trial.  Further, unless Defendant is restrained, Halloween Town will continue to suffer irreparable damage and injury to its reputation and goodwill.

/ / /

/ / /

/ / /

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT FOR TRADEMARK INFRINGEMENT

1

## **PRAYER FOR RELIEF**

2   WHEREFORE, Halloween Town prays for judgment in its favor and against

3   Defendant, including but not limited to, the following relief:

4   1.     A preliminary and permanent injunction enjoining Defendant, its

5   members, officers, shareholders, agents, servants, employees, attorneys, successors

6   and assigns, distributors, retailers and those in privity with them, and those persons

7   in active concert or participation with any of them who receive actual notice of the

8   judgment by personal service or otherwise, from any further infringement and/or

9   dilution of Halloween Town's Mark and from any further acts of unfair

10  competition.

11  2.     For an award of damages in an amount according to proof at trial;

12  3.     For an accounting to Halloween Town for any and all profits derived

13  by Defendant from the unlawful acts complained of herein, and for disgorgement of

14  those profits.

15  4.     For reasonable attorneys' fees;

16  5.     For Halloween Town s costs in this lawsuit;

17  6.     For interest as allowed by law; and

18  7.     For such further relief as the Court deems just and proper.

19

20  Dated:  December 16, 2010        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

21  By: _____
             David Martinez

22

23  **Attorneys for Plaintiff**
    **HALLOWEEN TOWN, INC.**

24

25

26

27

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

## **DEMAND FOR JURY TRIAL**

Halloween Town hereby demands a trial by jury.

Dated:  December 16, 2010      **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  _David Martinez_
         David Martinez

**Attorneys for Plaintiff
HALLOWEEN TOWN, INC.**

COMPLAINT FOR TRADEMARK
INFRINGEMENT

# EXHIBIT A



Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

| halloween town | | Search |

About 3,660,000 results (0.18 seconds)                                    Advanced search

**Everything**

Images

Videos

More

**Minneapolis, MN**
Change location

**Any time**
Past 2 months
More search tools

Something different
twilight town
hollow bastion
agrabah
traverse town
destiny islands

Ads

**Halloween Town**
Halloween Town & Other Great
Halloween Collectibles - Shop Now!
www.BradfordExchange.com

**Halloween Town at Amazon**
Buy halloween town at Amazon!
Qualified orders over $25 ship free
Amazon.com

Related to halloween costumes:

**Halloween Costumes**
Your Complete Halloween Costumes
Source For Kids, Teens, & Adults!
www.CostumeExpress.com

**Halloween Costumes**
Buy From The Web's Most Popular
Costume Store. Low Price Guarantee!

www.BuyCostumes.com

**Unique Halloween costumes**
We have costumes you will find
nowhere else in Minnesota.
www.HalloweenExpressMN.com

**Clearance Sale Costumes**
Rock Bottom prices on Halloween
Costumes! Everything Must Go.
CheapHalloweenCostumes.us

See your ad here »

### Halloween Costumes Adult Costumes Child Costumes Haunted House ...
**Halloween Town** is your home of Halloween Costumes, halloween haunted house
props and accessories, Rob Zombie and House of 1000 Corpses merch, Ex
mortis ...
Rob Zombie Merchandise - Halloween Masks - Store Info - Spooky Home Decor
www.halloweentown.com/ - Cached - Similar

### Halloweentown (TV 1998) - IMDb
Directed by Duwayne Dunham. With Debbie Reynolds, Judith Hoag, Kimberly J.
Brown, Phillip Van Dyke. 1.
Full cast and crew - FAQ - Parents Guide - Plot Summary
www.imdb.com/title/tt0173886/ - Cached - Similar

### Halloweentown - Wikipedia, the free encyclopedia
**Halloween town** may refer to: The Halloweentown series: Halloweentown (film),
a Disney Channel Original Movie released in 1998 and its sequels: ...
Halloweentown series - Halloweentown (film) - 4 External links - Kalabar's
Revenge
en.wikipedia.org/wiki/Halloweentown - Cached - Similar

### Halloweentown (film) - Wikipedia, the free encyclopedia
**Halloweentown** is a 1998 Disney Channel Original Movie released in October ...
en.wikipedia.org/wiki/Halloweentown_(film) - Cached - Similar
Show more results from wikipedia.org

### Videos for halloween town

 **HalloweenTown - 1**
10 min - Oct 6, 2008
Uploaded by
DisneyOriginalMovies
youtube.com

 **Halloween Town Trailer**
1 min -
Sep 17, 2006
Uploaded by
dislocatedheart
youtube.com

### Halloween Town: The Nightmare Before Christmas |
Jack Skellington stars in Halloween Parade 2008 at Disneyland Resort Paris ...
2010 **Halloween Town**: The Nightmare Before Christmas. All Rights Reserved. ...
halloweentown.org/ - Cached - Similar

### HalloweenTown - This is Halloween!
So, It's nowhere close to Halloween, except at **Halloweentown**.com of course, but
I'm already getting the itch for Halloween Horror Nights 2010. ...
www.halloweentown.com/ - Cached - Similar

### Boston Medical Center's Halloween Town, Presented by iParty
Thank you to our over 14000 guests, volunteers, and sponsors for making
**Halloween Town** 2009 a great success! **Halloween Town** raises money for the
Kids Fund ...
www.halloweentownboston.com/ - Cached - Similar

### Return to Halloweentown - Original Movies - Disney Channel
Welcome to the official site for the Disney Channel Original Movie Return to
**Halloweentown**! Find out when the movie is playing on Disney Channel, ...
tv.disney.go.com/disneychannel/.../returntohalloweentown/ - Cached - Similar

### Halloween Town -
Baby & Toddler Costumes · Belts · Boa's · Candy · Capes · Child Boys Costumes ·
Child Girls Costumes · Corsets & Bustiers · Costume Accessories ...
www.shophalloweentown.com/ - Cached - Similar

Searches related to **halloween town**

halloween stores                 watch halloween town
halloween town disney            halloween town 2
halloween town high              halloween costumes
kimberly j. brown                halloween town games

**1** 2 3 4 5 6 7 8 9 10     <u>Next</u>

| halloween town | Search |
|---|---|

View customizations     Search within results     Search Help
Give us feedback

Google Home     Advertising Programs     Business Solutions     Privacy     About Google

EXHIBIT __A__ PAGE __19__

# EXHIBIT B





SITE TOOLS Archived Editions| Advertising | Contact The Staff

**NORTHERN /ALIANTE**
Tuesday Edition

**SUMMERLIN**
Tuesday Edition

**SUMMERLIN SOUTH**
Tuesday Edition

**SUNRISE**
Tuesday Edition

**SOUTHWEST**
Tuesday Edition

**SPRING VALLEY**
Tuesday Edition

**PARADISE**
Tuesday Edition

**WHITNEY**
Tuesday Edition

**GREEN VALLEY/HENDERSON**
Tuesday Edition

**ANTHEM**
Tuesday Edition

**CENTENNIAL**
Tuesday Edition

**DOWNTOWN**
Tuesday Edition

**BOULDER CITY**
Archives

ⓒ🖾 SAVE THIS   ⓒ🖂 EMAIL THIS   ⓒ🖨 PRINT THIS

# Spooky shopping

## Halloween shop keeps Summerlin couple occupied

By JAN HOGAN
VIEW STAFF WRITER

In one storefront window, there are body parts strewn about with blood dripping down the flesh. In the other, there's a Roaring '20s dance girl complete with fishnet stockings and a boa.



Advertisement

If the windows dressings don't lure you in, chances are, the billowing smoke and spooky sounds will pique your interest. Selling Halloween costumes, it seems, is as much theater as it is business.

At the Halloween Mega Store, inside the Boulevard Mall, owner/operators Michelle and Brian Pignatello, both 30, each take a window and dress it however they want. The Summerlin couple changes out the look every few days.

He goes for the blood and gore stuff. She opts for more sophisticated look. The store owners appear in costume, as does their staff. They even dress up their two dogs, Jackson and Josie.

The store does more than sell costumes. The marketing-savvy owners plan a hearse picture

**EXHIBIT** _B__ **PAGE** 20

Case 2:10-cv-09683-DSF-SS    Document 1    Filed 12/16/10    Page 23 of 40    Page Page 23 of 4

day and demonstrations by professional makeup artists for the Halloween season.

The best part, Michelle Pignatello said, "is when the kids come in all excited and you see everybody so into it (the holiday). People in Las Vegas really celebrate Halloween to the point where it's almost like New Year's Eve in New York."

You won't find pictures of costumes on a wall with numbers slapped on them. Ordering that way, the couple said, is for fast-food chains. All their costumes are on racks, everything from Kim Possible to Teenage Mutant Ninja Turtles. That's right, the green creatures are still popular.

Speaking of popular, top sellers this year include anything to do with Star Wars. The store, in fact, carries a leather Darth Vader outfit created to be identical to the movie costume. It retails for $900.

The Pignatellos sold two, only a few days into their lease. A tourist from Venezuela who was about to leave town and was just strolling by, purchased one.

"He started banging on the security gate, he was so excited," said Brian Pignatello. "He couldn't wait for us to open. When I went over to see what he wanted, he could only speak broken English. We were just setting up the store, didn't even have (the capability to take) credit cards at that point, so I had to write down the price and let him know it had to be in cash. So he pulled out this brick of bills, like, 'No problem.' "

The store made the sale, the tourist made his plane. And somewhere in Venezuela, Darth Vader is making a comeback.

Kasey McCortney, 24, heard about the store from a friend. She had been looking for an

EXHIBIT  B   PAGE  21

Case 2:10-cv-09683-DSF-SS   Document 1   Filed 12/16/10   Page 24 of 40   Page ID #:29

Elvira costume.

"The other places I went to, their things just seemed kind of cheesy," she said. "But this place was great and they had a ton of accessories. It was fun."

The store also carries full-headed masks handmade, signed and numbered by Jason Egan of Fright Dome at Circus Circus. Expect werewolves and zombies from Egan's hands. Also expect to pay more than $100.

"But these are collector pieces," Brian Pignatello said. "They're hand painted."

His wife leans more toward the extravagant "wicked court" ensemble of outfits, like the elaborate queen costume.

"There's a lot of detail work to them," she said. "They're very theatrical looking, like costumes for a movie."

Before starting their business, Michelle Pignatello was a merchandise buyer with years of experience in retail. Her husband still divides his time between the business and being a valet parker at the Bellagio.

The Summerlin couple expects to sell out of their estimated 5,000 wardrobe by the end of the month. Being as theirs is a seasonal market, they'll then give up their limited lease at the mall. But they'll continue to sell costumes through their Web site, www.thehalloweenmegastore.com., until it's time to gear up once again for the spookiest holiday of the year.

<<-- [back]

EXHIBIT B PAGE 22

Case 2:10-cv-09683-DSF-SS   Document 1   Filed 12/18/10   Page 25 of 40   Page ID #:30

For comment or questions, please e-mail webmaster@viewnews.com
Copyright © View Neighborhood Newspapers, 1997 - 2010
Stephens Media, LLC   Privacy Statement

EXHIBIT **B** PAGE **23**

# EXHIBIT C

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-1009 (Exp 09/30/2006)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77176341
Filing Date: 05/09/2007

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77176341 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT12\771\763 \77176341\xml1\APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | HALLOWEEN TOWN |
| COLOR MARK | NO |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 864 x 326 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Pignatello L.L.C. |
| *STREET | 10309 Wellside Hill Avenue |
| *CITY | Las Vegas |
| *STATE (Required for U.S. applicants) | Nevada |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 89145 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| *STATE/COUNTRY WHERE LEGALLY ORGANIZED | Nevada |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |
| DESCRIPTION | Retail stores featuring costumes and accessories, Halloween and horror related merchandise and novelties |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 07/31/2006 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/31/2006 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\763 \77176341\xml1\APP0003.JPG |
| SPECIMEN DESCRIPTION | advertisement/flyer for the services |
| **ADDITIONAL STATEMENTS SECTION** | |
| DISCLAIMER | No claim is made to the exclusive right to use HALLOWEEN apart from the mark as shown. |
| MISCELLANEOUS STATEMENT | Gray is not a feature of the mark. No color is claimed. |
| **ATTORNEY INFORMATION** | |
| NAME | Jeffrey J. Steffen |

EXHIBIT __C__ PAGE 24

| ATTORNEY DOCKET NUMBER | 20963.001 |
|---|---|
| FIRM NAME | Fennemore Craig |
| STREET | 300 South Fourth Street, Suite 1400 |
| CITY | Las Vegas |
| STATE | Nevada |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 89101 |
| PHONE | (702) 692-8010 |
| FAX | (702) 692-8070 |
| EMAIL ADDRESS | ip@fclaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Stacie K. Smith |

## CORRESPONDENCE INFORMATION

| NAME | Jeffrey J. Steffen |
|---|---|
| FIRM NAME | Fennemore Craig |
| STREET | 300 South Fourth Street, Suite 1400 |
| CITY | Las Vegas |
| STATE | Nevada |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 89101 |
| PHONE | (702) 692-8010 |
| FAX | (702) 692-8070 |
| EMAIL ADDRESS | ip@fclaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |

## SIGNATURE INFORMATION

| SIGNATURE | /Brian Pignatello/ |
|---|---|
| SIGNATORY'S NAME | Brian Pignatello |
| SIGNATORY'S POSITION | Managing Member |
| DATE SIGNED | 05/09/2007 |

## FILING INFORMATION SECTION

| SUBMIT DATE | Wed May 09 12:48:28 EDT 2007 |
|---|---|
| TEAS STAMP | USPTO/BAS-207.108.142.61-20070509124828038545-7717 6341-37098ed8aef51fd3f483 2b5ded387585434-DA-1577-2 0070508185158270595 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

EXHIBIT C PAGE 25

## Trademark/Service Mark Application, Principal Register

Serial Number: 77176341
Filing Date: 05/09/2007

### To the Commissioner for Trademarks:

MARK: HALLOWEEN TOWN (stylized and/or with design, see mark)

The literal element of the mark consists of HALLOWEEN TOWN. The applicant is not claiming color as a feature of the mark.
The applicant, Pignatello L.L.C., a limited liability company legally organized under the laws of Nevada, having an address of 10309 Wellside
Hill Avenue, Las Vegas, Nevada, United States, 89145, requests registration of the trademark/service mark identified above in the United States
Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 035:   Retail stores featuring costumes and accessories, Halloween and horror related merchandise and novelties

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce,
or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C.
Section 1051(a), as amended.

In International Class 035, the mark was first used at least as early as 07/31/2006, and first used in commerce at least as early as 07/31/2006, and
is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce
on or in connection with any item in the class of listed goods and/or services, consisting of a(n) advertisement/flyer for the services.
Specimen File1
No claim is made to the exclusive right to use HALLOWEEN apart from the mark as shown.

Gray is not a feature of the mark. No color is claimed.

The applicant hereby appoints Jeffrey J. Steffen and Stacie K. Smith of Fennemore Craig, 300 South Fourth Street, Suite 1400, Las Vegas,
Nevada, United States, 89101 to submit this application on behalf of the applicant. The attorney docket/reference number is 20963.001.

Correspondence Information: Jeffrey J. Steffen
                     300 South Fourth Street, Suite 1400
                     Las Vegas, Nevada 89101
                     (702) 692-8010(phone)
                     (702) 692-8070(fax)
                     ip@fclaw.com (authorized)

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under
18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting
registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be
the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she
believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or
association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely,
when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all
statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Brian Pignatello/   Date Signed: 05/09/2007
Signatory's Name: Brian Pignatello
Signatory's Position: Managing Member

RAM Sale Number: 1577
RAM Accounting Date: 05/09/2007

Serial Number: 77176341
Internet Transmission Date: Wed May 09 12:48:28 EDT 2007
TEAS Stamp: USPTO/BAS-207.108.142.61-200705091248280
38545-77176341-37098ed8aef51fd3f4832b5de
d387585434-DA-1577-20070508185158270595

EXHIBIT C PAGE 26



EXHIBIT __C__ PAGE __27__



# TOWN
## MEADOWS MALL





## WHO WILL YOU BE?

ADULT COSTUMES
CHILD COSTUMES
PET COSTUMES
PROPS
CUSTOM MASKS
DECOR
WIGS
HATS
ACCESSORIES
GLOW
MUSIC

MEADOWS
MALL
(702) 369-6342

**FRIGHTDOME
COUPONS
AVAILABLE!**

STAR WARS
DISNEY
BARBIE
BATMAN
SEXY
SPOOKY
POLITICAL
SUPERHEROES
COMICAL
CLASSIC HORROR
AND MUCH MORE!!!

EXHIBIT C PAGE 28

# EXHIBIT D

# HALLOWEEN II

ALL NEW

From The People Who Brought You "HALLOWEEN"...
More Of The Night *He* Came Home.

# EXHIBIT E



# HALLOWEEN TOWN

ONLINE STORE OPENING SOON!



PHONE: 702.855.0666    FAX: 702.405.0777
7351 W. LAKE MEAD BLVD. SUITE 101, LAS VEGAS, NV 83129

ADULT COSTUMES
CHILD COSTUMES
BABY COSTUMES
ACCESSORIES
BACHELOR / BACHELORETTE
PARTY SUPPLIES
MAGICAL ITEMS
NOVELTIES
TOYS

EXHIBIT E PAGE 30

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dale S. Fischer and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

## CV10- 9683 DSF (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the
### Central District of California

| | |
|---|---|
| HALLOWEEN TOWN, INC. | ) |
| ──────────────────────── | ) |
| *Plaintiff* | ) |
| v. | ) |
| PIGNATELLO, LLC, dba HALLOWEEN TOWN | ) |
| and DOES 1-10, | ) |
| ──────────────────────── | ) |
| *Defendant* | ) |

CV10·09683 DSF (SSx)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    **PIGNATELLO, LLC, dba HALLOWEEN TOWN**
    10309 Wellside Hill Avenue
    Las Vegas, Nevada  89145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Yakub Hazzard, Esq.
        David Martinez, Esq.
        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
        2049 Century Park East, Suite 3400
        Los Angeles, CA  90067-3208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: DEC 1 6 2010            ──────────────────────────
                                 *Signature of Clerk or Deputy Clerk*

AO-440

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                                                  *Server's signature*

                                                  _____
                                                  *Printed name and title*

                                                  _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

HALLOWEEN TOWN, INC.

**DEFENDANTS**

PIGNATELLO, LLC, dba HALLOWEEN TOWN

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Yakub Hazzard
David Martinez
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
(310) 552-0130

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Action for trademark infringement (Violation of Lanham Act, 15 U.S.C. § 1125(c))

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV10·09683

FOR OFFICE USE ONLY: Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2
CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**VIII(a).   IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   [X] No   [ ] Yes

If yes, list case number(s): _____

**VIII(b).   RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   [X] No   [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ]   A.  Arise from the same or closely related transactions, happenings, or events; or

[ ]   B.  Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]   C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]   D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; or Foreign Country, in which **EACH** named plaintiff resides.

[ ]   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Halloween Town, Inc.: Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ]   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Pignatello, LLC, dba Halloween Town: Clark County, Nevada |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

Note: In land condemnation cases, use the location of the tract of land involved

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _David Martinez_   Date _December 16, 2010_

David Martinez
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

**Notice to Counsel/Parties:**   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |