1  Yakub Hazzard, Bar No. 150242
   YHazzard@rkmc.com
2  David Martinez, Bar No. 193183
   DMartinez@rkmc.com
3  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East, Suite 3400
4  Los Angeles, CA  90067-3208
   Telephone: (310) 552-0130
5  Facsimile:  (310) 229-5800

6  Attorneys for Plaintiff
   Halloween Town, Inc.
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 HALLOWEEN TOWN, INC.,              Case No.
12            Plaintiff,              **PLAINTIFF HALLOWEEN TOWN,**
                                       **INC.'S CERTIFICATE OF**
13 v.                                  **INTERESTED PARTIES**
14 PIGNATELLO, LLC, dba
   HALLOWEEN TOWN and DOES 1-
15 10,

16            Defendants.

17

18    TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL

19 OF RECORD:

20    Pursuant to Civil Local Rule 7.1 and Federal Rule of Civil Procedure 7.1,

21 Plaintiff Halloween Town, Inc. through their undersigned counsel, and to enable the

22 Court to evaluate possible disqualification or recusal, hereby certify that the

23 following persons, associations of persons, firms, partnerships and corporations

24 (including parent corporations clearly identified as such) may have a pecuniary

25 interest in the outcome of the case:

26 / / /

27 / / /

28 / / /

60406373.1                                    CERTIFICATE OF INTERESTED PARTIES

1  Plaintiff Halloween Town, Inc. is a privately held corporation.  Halloween
2  Town, Inc. has no parent corporation and no publicly held corporation owns more
3  than 10% of its stock.  Jacqueline Ahumada and Wayne Toth are the sole
4  shareholders of Halloween Town, Inc., each owning 50% of its stock.

Dated: December 16, 2010           ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____David Martinez_____
     David Martinez

**Attorneys for Plaintiff**
**HALLOWEEN TOWN, INC.**