UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 10-9683 DSF (SSx) | Date | 9/19/11 |
| Title | Halloween Town, Inc. V. Pignatello LLC dba Halloween Town | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) Order to Show Cause

      The Court has received the Notice of Settlement. The trial date is vacated. An Order to Show Cause re Dismissal is set for October 24, 2011 at 11:00 a.m. If the dismissal is filed by that date, no appearance is necessary. If the dismissal is not filed, but the parties are close to completion, they may stipulate to a continuance.